■ In the Matter of LOUIS RUBINSTEIN, Appellant, v. MARVIN D. CRISTENFELD et al., and JOHN BUJAY et al., Respondents.— In a proceeding to invalidate a certificate designating respondent Stewart in place of respondent Bujay, the latter having declined, as a candidate in the Democratic Party Primary Election to be held on June 17, 1969 for the Party position of County Committeeman for the 18th Election District of the 17th Assembly District in the Town of North Hempstead, Nassau County, and for other relief, the appeal is from a judgment of the Supreme Court, Nassau County, entered June 13, 1969, which denied the application and dismissed the petition in the proceeding. Beldock, P. J., Rabin, Benjamin, Munder and Martuscello, JJ., concur.

■ ANTHONY CIOFALO, Appellant, v. WILLIAM J. VAN WART et al., and LOUIS I. RUBENSTEIN et al., Respondents. LEE BOSCO, JR., Appellant.— In a proceeding to invalidate petitions designating respondents Rubinstein et al. as candidates in the Democratic Party Primary Election to be held on June 17, 1969 for the Party position of County Committeeman respectively in the 1st, 2nd, 3rd, 4th, 6th, 7th, 8th, 11th and 12th Election Districts, in the 87th and 88th Assembly Districts in the 9th Ward, City of Yonkers, petitioner and another (1) appeal from a judgment of the Supreme Court, Westchester County, entered June 10, 1969, which dismissed the petition, and (2) move to stay said election. Appeals dismissed, without costs, on motion of respondents Board of Elections and Kenneth J. Brown. Motion for stay denied. Beldock, P. J., Rabin, Benjamin, Munder and Martuscello, JJ., concur.

■ In the Matter of BERNARD AISENBERG, Appellant, v. WILLIAM J. VAN WART et al., Constituting the Board of Elections of Westchester County, and MARVIN L. LEVITT et al., Respondents.— In a proceeding to invalidate petitions designating respondents Levitt and Backelman as candidates in the Democratic Party Primary Election to be held on June 17, 1969 for the Party position of County Committeeman for the 11th Election District of the 3rd Ward of the City of New Rochelle, petitioner appeals from a judgment of the Supreme Court, Westchester County, entered June 12, 1969, which dismissed the petition in the proceeding. Judgment affirmed, without costs. No opinion. Beldock, P. J., Rabin, Benjamin, Munder and Martuscello, JJ., concur.